**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 4, 2024

_____

DOCKET CORRECTION NOTICE

_____

No.   24-1468,        Travelers Casualty v. Jeld-Wen Holding, Inc.
                     3:21-cv-00173-MOC-DCK

TO:    Appellants

BRIEF OR JOINT APPENDIX CORRECTION DUE:  September 9, 2024

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

> [ XX ] A corrected brief was filed without leave of court. If clerical corrections were made, file separate "Motion" or "Errata sheet." If substantive corrections were made, file separate "Motion." Corrected copies of paper briefs, if any, must also be filed.

Rachel Phillips, Deputy Clerk
804-916-2702